PRICE PARKINSON & KERR, PLLC
Jason M. Kerr (8222)
5742 West Harold Gatty Drive
Salt Lake City, UT 84116
Telephone: (801) 517-7088
Facsimile: (801) 530-2957

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SEASTONE PRODUCTS, LLC, a Utah limited liability company and CURT GODDARD, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>WESTROCK COMPANY and MULIT PACKAGING SOLUTIONS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:22-cv-00731-DAK-DBP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Seastone Products and Curt Goddard (Plaintiff) voluntary dismisses Plaintiff's claim against Westrock Company and Multi Packaging Solutions, Inc., only in the above-captioned matter, without prejudice. Each party will bear its own costs and attorney's fees.

DATED this 5th of January, 2023

Respectfully submitted,

PRICE PARKINSON & KERR,

/s/ Jason M. Kerr
Jason M. Kerr

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing to counsel of record.

>   */s/ Angela Johnson*
>   Angela Johnson